## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA M. KIRSHENMANN, ) | Case No.: 1:10-CV-366 SKO |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | AND ORDER |
| ) | |
| Michael J. Astrue, ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including December 1, 2010, in which to provide defendant with plaintiff's settlement letter.

///

///

///

///

-1-

1  This request is made at the request of Plaintiff's counsel because the matter
2  was not appropriately calendared.

4  DATE: November 1, 2010                Respectfully submitted,

5                                         ROHLFING & KALAGIAN, LLP

7                                         /s/ *Marc V. Kalagian*
                                           BY: _____
8                                          Marc V. Kalagian
                                           Attorney for plaintiff Gina M. Kirshenmann

11 DATE:  November 1, 2010
                                           BENJAMIN B. WAGNER
12                                         United States Attorney
                                           LUCILLE GONZALES MEIS
13                                         Regional Chief Counsel, Civil Division

15                                         */s/Daniel P. Talbert*
                                           BY: _____
16                                         Daniel P. Talbert
                                           Attorneys for defendant Michael Astrue
17                                     (Per e-mail authorization November 1, 2010)

18                                **ORDER**

19  Upon the parties' stipulation, it is ORDERED that Plaintiff shall serve her
20  settlement letter upon Defendant **by no later than December 1, 2010**.  All dates in
21  the Court's scheduling order are modified accordingly.
22      Pursuant to the Court's scheduling order, all further requests to modify the
23  scheduling order must be made by written motion and shall only be granted for
24  good cause.  (Doc. 6-1 ¶ 14.)
25  IT IS SO ORDERED.

26   Dated:   **November 8, 2010**              _____/s/ Sheila K. Oberto_____
27                                              UNITED STATES MAGISTRATE JUDGE